IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRUZ HERNÁNDEZ-PAVÓN, et al.,<br><br>    Plaintiffs<br><br>    v.<br><br>INTERNATIONAL TRUCK AND ENGINE CORP., et al.<br><br>    Defendants | CIVIL NO. 08-1386 (JP) |

**FINAL JUDGMENT**

    The remaining parties hereto, Plaintiff Cruz Hernández-Pavón and Defendant MAARA, Corp., have informed the Court that they have settled this case. The parties have agreed that in consideration of a settlement payment in the amount of **$225,000.00**, Plaintiff shall voluntarily dismiss all remaining claims against Defendant MAARA, Corp. Pursuant thereto, the Court hereby **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the complaint. This Judgment will cover all claims asserted in the complaint against MAARA Corp., and any and all damages arising from the events described therein. This Judgment is entered without the imposition of costs or attorney's fees.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 13th day of May, 2009.

                                                       s/Jaime Pieras, Jr.
                                                        JAIME PIERAS, JR.
                                               U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| s/Ernesto Rovira-Gándara | s/Ian P. Carvajal-Zarabozo |
| ERNESTO ROVIRA-GÁNDARA, ESQ. | IAN P. CARVAJAL-ZARABOZO, ESQ. |